EXHIBIT "A"

meritize

**MERITIZE IN-SCHOOL EDUCATIONAL LOAN**
*Please Read Each Page Carefully*
*www.meritize.com*

**PART I: Application Overview**

**Application: 138553**

**Student Information:**

| | | |
|---|---|---|
| **Student Name:**<br>MATTHEW AUSTIN RYAN | **SSN No.:**<br>XXX-XX-9022<br>**DOB:**<br>03/12/1993 | **Citizenship Status:**<br>Yes |
| **Mailing Address:**<br>2004 Brushfire Ct.<br>Arlington, TX 76001 | **Email:**<br>marbisons@gmail.com | **Secondary Email:** |
| **Permanent Address:**<br>2004 Brushfire Ct.<br>Arlington, TX 76001 | **Annual Income:** | **Phone No:**<br>682-272-4411 |
| | **Cosigner Applied:** | **Secondary Phone No.:** |

**School Information:**

| | | |
|---|---|---|
| **School Name:**<br>Aviator Air | **Tuition Payment Type:**<br>In-State | |
| **Requested Loan Amount:**<br>$60,000.00 | **Cost of Attendance:**<br>$95,000.00 | |
| **Expected Completion Date:**<br>01/12/2024 | **Estimated Financial Aid:**<br>$0.00 | |
| **Electronic Communication Consent:**<br>Yes | **Terms & Conditions Checked:**<br>Yes | **Authorization to Pull Credit:**<br>Yes |

**Loan Information:**

| | | |
|---|---|---|
| **Approved Loan Amount**<br>$60,000.00 | **Origination Fee:**<br>$1,500.00 | **Flight Instruction Minimum Monthly Payment:**<br>$150.00 |
| **Term:** 240 Months | **Rate:** 8.60% | **Rate Type:** Fixed |

CONTINUES TO PAGE 2

meritize

MERITIZE IN-SCHOOL EDUCATIONAL LOAN
*Please Read Each Page Carefully*
*www.meritize.com*

**Meritize Educational In-School Loan Note**

**Application ID: 138553**

| | |
|---|---|
| Lender: Meritize Lending, LLC | Borrower: MATTHEW AUSTIN RYAN |
| Lender's Address: 5805 Main Street, Suite 220<br>Frisco, Texas 75034 | Borrower's Address: 2004 Brushfire Ct.<br>Arlington, TX 76001 |
| Loan Number: 138553 | |
| Date: 7/21/2022 | |

**BORROWER'S PROMISE TO PAY.** Under this promissory note (the "Note"), "Lender," "Note Holder," "you," and "your" refer to the Lender identified above, as well as anyone who takes this Note by transfer and who is entitled to receive payments under this Note. "I" and "me" means each person who signs this Note as a Borrower or Co-Borrower.

In return for a loan that I have received from the Lender, I promise to pay U.S. $60,000.00 (this amount is called "principal"), plus interest and any other fees or charges that may become due under this Note, to the order of the Note Holder.

**Truth in Lending Disclosure Statement**

| **ANNUAL PERCENTAGE RATE** The cost of my credit as a yearly rate. | **FINANCE CHARGE** The dollar amount the credit will cost me. | Amount Financed The amount of credit provided to me or on my behalf. | Total of Payments The amount I will have paid after I have made all payments as scheduled.[1] |
|---|---|---|---|
| 8.64% | $96,007.57 **(e)** | $60,000.00 | $156,007.57(e) |

**Payment Schedule[1]:**

| No. of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 21 | $150.00 (e) | 02/01/2024 (e) |
| 240 | $636.92 (e) | 11/01/2025 (e) |
| | | |

**Late Charge:** If any part of a payment is unpaid for 10 days after it is due, I may be charged 4% of the scheduled payment or $5, whichever is less.

**Prepayment:** I may prepay all or any portion of my debt under this Note at any time without penalty.

I may see the rest of this document for any additional information about nonpayment, default, any required repayment in full before the scheduled due date, and prepayment refunds and penalties.

"e" means estimate.

**1** My last payment amount may vary depending upon the number and timing of payments made by me.

**Itemization of Amount Financed**

| | | |
|---|---|---|
| 1. Amount paid directly to me: | $ | 0.00 |
| 2. Amount sent to my school: | $ | 60,000.00 |
| 3. Amount Financed (1 + 2): | $ | 60,000.00 |

**INTEREST.** Interest will be charged daily on a simple interest basis on unpaid principal until the full amount of principal has been paid. The annual rate of interest is 8.60% (the "Interest Rate"). Interest accrues on a simple-interest basis, using a 365-day year. First, we divide the Interest Rate by 365 days, then we multiply that ratio by the unpaid Principal balance. Next, we multiply the result by the actual number of days between your payments.

The Interest Rate is the rate I will pay both before and after the Maturity Date or any default described in this Note. You will not charge interest after you demand I pay all I owe under this Note. The amount of the Finance Charge, Total of Payments and Payment Schedule shown in the Truth in Lending Disclosure Statement assumes that I will make all payments in the scheduled amounts and on the scheduled dates. Because I will pay interest on my actual balance each day, the interest I will pay will be higher if my payments are made later than scheduled, and lower if my payments are made earlier than scheduled. I agree to pay the actual amount of interest that accrues on my loan. Such amount may be more than or less than the Finance Charge shown in the Truth in Lending Disclosure Statement.

**QUALIFIED EDUCATIONAL LOAN.** I understand that this loan may be a Qualified Educational Loan (as defined by the IRS) and that there are limitations to my ability to discharge this debt as part of a bankruptcy proceeding.

**REPAYMENT.** I understand that my loan period consists of the following time periods:

1. Enrollment Period – The maximum period permitted for the Enrollment Period is Seventeen (17) months – if I am still in school Seventeen (17) months after I sign this loan document, I understand that I will be required to begin making the minimum payment for the Flight Instruction Period as detailed below.
2. Airline Transport Pilot Hours Requirement Period ("ATP Period") – this period is the Twenty One (21) months immediately following my Enrollment Period during which I am securing the required flight hours needed to gain the Airline Transport Pilot certification ("ATP Certification"). I understand that I am required to make a minimum payment of One Hundred Fifty Dollars ($150.00) per month during the ATP Period. I also understand that I will begin making full payments (principal and interest) on my loan after the Twenty One (21) months immediately following my Enrollment Period have expired.
3. Repayment Period – this period begins at the end of my ATP Period and lasts until my loan is paid off. I understand that I will begin making full payments (principal and interest) during this period.

I also understand that I will begin to make full payments (principal and interest) if I am no longer enrolled in the educational program due to my inability to complete the educational program

**PAYMENTS.** I am agreeing to make 240 monthly payments of $636.92 (e) beginning on 11/01/2025 . I will make these payments on the same day of each consecutive month. Unless otherwise required by law, the Note Holder will apply my payments to accrued and unpaid interest, then principal and then finally to outstanding fees due under this Note, on the date of my last scheduled payment (the "Maturity Date"), the Note Holder, at the Note Holder's option, may demand that I pay in full all remaining amounts owing hereunder or permit me to continue to make monthly payments in the then scheduled amount until all indebtedness hereunder has been paid in full.

I will make my monthly payments via electronic funds transfer (e.g. through an electronic bill pay service, ACH, etc.) or if by mail at MOHELA, 633 Spirit Drive, Chesterfield, Missouri 63005-1243 or at a different place if required by the Note Holder. The Note Holder may accept late payments, partial payments or items marked "paid in full' or the like without losing any of its rights under this Note.

**BORROWER'S RIGHT TO PREPAY.** I have the right to make payments of principal in any amount at any time before they are due. I may make a full prepayment or partial prepayments without paying any prepayment charge. If I make a partial prepayment it may reduce the number of payments I must make or the amount of my final payment, but I must continue to make a full payment each month until I have paid all amounts due.

**LOAN CHARGES.** The Note Holder intends only to charge interest, fees and charges permitted by law. If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the principal I owe under this Note or by making a direct payment to me. If a refund reduces principal, the reduction will be treated as a partial prepayment.

**LATE FEES AND RETURNED PAYMENT FEES.** If I don't pay all of the payment within 10 days after it is due, you can charge me a late charge. The late charge will be 4% of the scheduled payment or $5, whichever is less. I agree to pay you a fee of up to $10 for a returned payment. You can add the fee to the amount I owe or collect it separately.

**CHANGES TO CONTACT INFORMATION.** I agree to provide written notice, or call to provide information, related to any change in my contact information that occurs while I still have an unpaid balance within 30 days of that change.

**COMMUNICATIONS.** I agree to allow Meritize and/or your servicer to contact me regarding my account at any of the mailing addresses, phone numbers or e-mail addresses that I provide to you. I understand that all communications will be made in accordance with all applicable laws and regulations.

Additionally, all signers on this loan agree to cooperate with Meritize and/or its servicer to correct any typographical, calculation or clerical errors associated with any loan or disclosure documents. I understand that in any such case, I will be provided with a corrected copy of the changed document.

**COSIGNED LOANS.** If my loan is a cosigned loan, I understand that the following is true:

1. Any communication you send to either me or my cosigner will apply to both of us.
2. Each signer on the loan contract is equally and independently responsible for the repayment of the loan. If any signer becomes unable to repay, the remaining signers will continue to be responsible for the repayment.

**DEFAULT.** This Note will be in default if I (1) do not pay the full amount of each monthly payment on the date it is due, (2) fail to keep all other promises in this Note or in any other obligation I owe to the Note Holder, (3) have failed to be truthful or failed to include material information in the application process for this loan, (4) become subject to a bankruptcy or an insolvency proceeding, (5) am the last remaining obligor on this Note and I die, or (6) do not provide notice of a change in contact information within 30 days of the change. If this Note is in default, the Note Holder may exercise all of its rights under this Note and applicable law, including the right to demand immediate payment of all amounts due under this Note. I agree that you don't have to give me notice that you are demanding or intend to demand immediate payment of all that I owe.

**HARDSHIP PROGRAMS.** I understand that in instances where I am experiencing financial hardship, I may be eligible, at your discretion, to enroll in Borrower Assistance programs that can provide temporary period of reduced or cessation of payments. I also understand that to be offered these programs I may need to agree to work with Borrower Success counselors at Meritize to address the issue that I am facing.

I also understand that I may be eligible for reduced or cessation of payments under specific circumstances. These circumstances include, but are not limited to: natural disasters, if I am involved in a military mobilization or some other reason as determined by Meritize.

**FINAL DISCLOSURE.** I agree and understand that this promissory note serves as the Final Disclosure that is required by Title X of the Higher Education Act. If there are any variances between this document and the provided

Approval Disclosure, I agree that the information in this document governs the terms of my contract.

**CREDIT REPORTING.** I understand that you (or your designated servicer) may report information about my loan to the national credit bureaus. If I violate this contract in any way, I understand that what will be reported may negatively affect my credit report.

**ELECTRONIC SIGNATURES.** If I sign my loan documents electronically, I understand and agree that my electronic signature or the facsimile will be just as valid as my handwritten signature on a paper document. I also understand that Meritize will keep an electronic record of my signed note and will provide a copy to me upon my request.

**NO WAIVER BY NOTE HOLDER.** Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

**ATTORNEYS' FEES.** If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for its costs and expenses in enforcing this Note. The Note Holder refers this Note to an attorney for collection, I agree to court costs and attorney's fees assessed by a court.

**OBLIGATIONS OF PERSONS UNDER THIS NOTE.** If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

**WAIVERS.** I and any other person who has obligations under this Note waive the rights of presentment and notice of dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid. We each also waive impairment of collateral and recourse. "Impairment of collateral and recourse" means some act or omission by the Note Holder which reduces the value of the collateral securing this Note or which reduces the right of an obligor to contribution or indemnity from another person. From time to time the Note Holder may agree to extend the time for payment or to modify the amortization of the sum due hereunder. No forbearance in exercising any right or remedy, even without notice to an obligor hereunder, shall release any obligor in whole or part.

**ASSIGNMENT.** I understand and agree you may assign this Note or your rights under this Note without providing notice to me. I agree that your assignee will have all of your rights and remedies under this Note. I may not assign any of my rights or obligations under this Note without the Note Holder's prior written consent.

**APPLICABLE LAW.** This Note is governed by the laws of the Borrower's state of residence, as identified on the first page of this Note, except that the Jury Trial Waiver and Arbitration Clause is governed by the Federal Arbitration Act ("FAA"), as amended. I understand this Note is the final agreement between you and I, and the terms of this Note may not be modified without your prior written approval.

**OCCC NOTICE. For questions or complaints about this loan, contact Meritize Lending, LLC at 833.637.4848 or 5805 Main Street, Suite 220, Frisco, Texas 75034 or help@meritize.com. The lender is licensed and examined under Texas law by the Office of Consumer Credit Commissioner (OCCC), a state agency. If a complaint or question cannot be resolved by contacting the lender, consumers can contact the OCCC to file a complaint or ask a general credit-related question. OCCC address: 2601 N. Lamar Blvd., Austin, Texas 78705. Phone: (800) 538-1579. Fax: (512) 936-7610. Website: occc.texas.gov. E-mail: consumer.complaints@occc.texas.gov.**

**JURY TRIAL WAIVER AND ARBITRATION CLAUSE.**

By signing this Note, you agree to this Jury Trial Waiver and Arbitration Clause ("Clause"):

| | | |
|---|---|---|
| ***What is arbitration?*** | ***An alternative to court.*** | *In arbitration, a third party ("Arbiter") solves Disputes in a hearing ("hearing"). You, related third parties, and we, waive the right to go to court. Such "parties" waive jury trials.* |
| ***Is it different from court and jury trials?*** | ***Yes.*** | *The hearing is private and less formal than court. Arbiters may limit pre-hearing fact finding, called "discovery." The decision is final. Courts rarely overturn Arbiters.* |
| ***Who does the Clause cover?*** | ***You, Us, and Others.*** | *This Clause governs the parties, their heirs, successors, assigns, and third parties related to any Dispute.* |
| ***Which Disputes are covered?*** | ***All Disputes.*** | *In this Clause, the word "Disputes" has the broadest possible meaning. This Clause governs all "Disputes" involving the parties. This includes all claims even indirectly related to your application and agreements with us. This includes claims related to information you previously gave us. It includes all past agreements. It includes extensions, renewals, refinancings, or payment plans. It includes claims related to collections, privacy, and customer information. It includes claims related to setting aside this Clause. It includes claims about the Clause's validity and scope. It includes claims about whether to arbitrate.* |
| ***Are you waiving rights?*** | ***Yes.*** | ***You waive your rights to:***<br>***1. Have juries solve Disputes.***<br>***2. Have courts, other than small-claims courts, solve Disputes.***<br>***3. Serve as a private attorney general or in a representative capacity.***<br>***4. Be in a class action.*** |
| ***Are you waiving class action rights?*** | ***Yes.*** | ***COURTS AND ARBITERS WON'T ALLOW CLASS ACTIONS. You waive your rights to be in a class action, as a representative and a member. Only individual arbitration, or small-claims courts, will solve Disputes. You waive your right to have representative claims.*** |
| ***What law applies?*** | ***The Federal Arbitration Act ("FAA").*** | *This transaction involves interstate commerce, so the FAA governs. If a court finds the FAA doesn't apply, and the finding can't be appealed, then your state's law governs. The Arbiter must apply substantive law consistent with the FAA. The Arbiter must follow statutes of limitation and privilege claims.* |

| | | |
|---|---|---|
| ***Can the parties try to solve Disputes first?*** | ***Yes.*** | *We can try to solve Disputes if you call us at 833.637.4848. If this doesn't solve the Dispute, mail us notice, within 10 days of the Dispute date. In your notice, tell us the details and how you want to solve it. We will try to solve the Dispute. If we make a written offer ("Settlement Offer"), you can reject it and arbitrate. If we don't solve the Dispute, either party may start arbitration. To start arbitration, contact an Arbiter or arbitration group listed below. No party will disclose settlement proposals to the Arbiter during arbitration.* |
| ***How should you contact us?*** | ***By e-mail.*** | *Send mail to: help@meritize.com. You can call us at 833-637-4848 or use certified mail to confirm receipt to:*<br>Meritize Lending, LLC<br>5805 Main Street<br>Suite 220<br>Frisco, Texas 75034 |
| ***Can small-claims court solve some Disputes?*** | ***Yes.*** | *Each party has the right to arbitrate, or to go to small-claims court if the small-claims court has the power to hear the Dispute; provided that the small-claims court hears the Dispute as an individual action, and not as a class action. Arbitration will solve all Disputes that the small-claims court does not have the power to hear. If there is an appeal from small-claims court, or if a Dispute changes so that the small-claims court loses the power to hear it, then the Dispute will only be heard by an Arbiter.* |
| ***What remedies are available?*** | ***Same as in court.*** | *The Arbiter may award any remedies available in a court of law. For example, both parties may seek remedies which don't claim money damages. This includes pre- judgment seizure, injunctions, or equitable relief.* |
| ***Will this Clause continue to govern?*** | ***Yes, unless otherwise agreed.*** | *The Clause stays effective, unless the parties sign an agreement stating it doesn't. The Clause governs if you rescind the transaction. It governs if you default, renew, prepay, or pay in full. It governs if your contract is discharged through bankruptcy. The Clause remains effective, despite a transaction's termination, amendment, expiration, or performance.* |

***Process***

| | | |
|---|---|---|
| ***How does arbitration start?*** | ***Mailing a notice.*** | *Either party may mail the other a request to arbitrate, even if a lawsuit has been filed. The notice should describe the Dispute and relief sought. The receiving party must mail a response within 20 days. If you mail the demand, you may choose the arbitration group. Or, your demand may state that you want the parties to choose a local Arbiter. If related third parties or we mail the demand, you must respond in 20 days. Your response must choose an arbitration group or propose a local Arbiter. If it doesn't, we may choose the group.* |
| ***Who arbitrates?*** | ***AAA, JAMS, or an agreed Arbiter.*** | *You may select the American Arbitration Association ("AAA") (1-800-778-7879) http://www.adr.org or JAMS (1-800-352-5267) http://www.jamsadr.com. The parties may also agree in writing to a local attorney, retired judge, or Arbiter in good standing with an arbitration group. The Arbiter must arbitrate under AAA or JAMS consumer rules. You may get a copy of these rules from such group. Any rules that conflict with any of our agreements with you, don't apply. If these options aren't available, and the parties can't agree on another, a court may choose the Arbiter. Such Arbiter must enforce your agreements with us, as they are written.* |
| ***Will the hearing be held nearby?*** | ***Yes.*** | *Not all arbitrations require an in-person hearing. If an in-person hearing is required, the Arbiter will order the hearing to be held within 30 miles of your home.* |
| ***What about appeals?*** | ***Appeals are limited.*** | *The Arbiter's decision will be final. A party may file the Arbiter's award with the proper court. Arbitration will solve appeals of a small-claims court judgment. A party may appeal under the FAA. If the amount in controversy exceeds $ 10,000, a party may appeal the Arbiter's finding. Such appeal will be to a three-Arbiter panel from the same arbitration group. The appeal will be de novo, and solved by majority vote. The appealing party bears appeal costs, despite the outcome.* |

***Arbitration Fees and Awards***

| | | |
|---|---|---|
| ***Will we advance Arbitration Fees?*** | ***Yes, but you pay your other costs.*** | *We will advance your "Arbitration Fees" if you ask us to. This includes filing, administrative, hearing, and Arbiter's fees. You pay your attorney fees and other expenses.* |
| ***Are damages and attorney fees possible?*** | ***Yes, if allowed by law.*** | *The Arbiter may award the same damages as a court. Arbiters may award reasonable attorney fees, and expenses, if allowed by law.* |
| ***Will you have to pay Arbitration Fees if you win?*** | ***No.*** | *If the Arbiter awards you funds, you don't reimburse us the Arbitration Fees.* |
| ***Will you ever have to pay Arbitration Fees?*** | ***Yes.*** | *If the Arbiter doesn't award you funds, then you must repay the Arbitration Fees. If you must pay Arbitration Fees, the amount you pay won't exceed state court costs.* |
| ***What happens if you win?*** | ***You could get more than the Arbiter awarded.*** | *If an Arbiter's award to you exceeds our last Settlement Offer, we will pay 3 amounts. We will pay the award, plus 10% of such amount ("bonus payment"). We will pay your attorney the attorney fees conferred, plus 10% of such amount ("attorney premium"). If the Arbiter orders, we will pay reasonable expert witness costs and other costs you incurred ("cost premium"). If we never made a Settlement Offer, we will pay the bonus payment, attorney premium, and any cost premium. If a law allows you more, this Clause won't prevent such award. We won't seek attorney fees and expenses.* |
| ***Can an award be explained?*** | ***Yes.*** | *A party may request details from the Arbiter, within 14 days of the ruling. Upon such request, the Arbiter will explain the ruling in writing.* |

***Options Other Than Arbitration***

| | | |
|---|---|---|
| ***If you don't want to arbitrate, can you still get a transaction?*** | ***Yes. This Clause gives you some options. You also can refuse this Clause and still obtain our services.*** | *Consider these choices:*<br>1. ***Informal Dispute Resolution.*** *Contact us, and attempt to settle any Disputes.*<br>2. ***Small-claims Court.*** *Seek to solve Disputes in small-claims court, within state law limits.*<br>3. ***Opt-Out of Arbitration.*** *You may opt-out of this Clause as explained below.* |

| | | |
|---|---|---|
| ***Can you opt-out of the Clause?*** | ***Yes. Within 60 days.*** | *Write us within 60 calendar days of signing your agreement to opt-out of the Clause for this transaction. List your name, address, account number and date. List that you "opt out." If you opt out, it will only apply to this transaction.* |

By signing below, I am agreeing to the terms of this Note, including the "Jury Trial Waiver and Arbitration Clause," and will be bound to the same extent as if I signed the Note as a paper contract, and I acknowledge receipt of a completed copy of this Note.

STUDENT BORROWERS MUST READ ALL PAGES OF THIS APPLICATION AND APPROVAL DISCLOSURE AND SIGN BELOW.

Borrower Signature: (Seal) Today's Date (mm/dd/yyyy):

[signature] 7/21/2022 | 8:37 AM PDT

MATTHEW AUSTIN RYAN

meritize

MERITIZE IN-SCHOOL EDUCATIONAL LOAN
*Please Read Each Page Carefully*

## H-22 Private Education Loan Approval

**Loan Rates & Estimated Total Costs**

**BORROWER:**

MATTHEW AUSTIN RYAN
2004 Brushfire Ct.
Arlington, TX 76001

**CREDITOR:**

Meritize Lending, LLC
5805 Main Street
Suite 220
Frisco, Texas 75034

| Total Loan Amount | Interest Rate | Finance Charge | Total of Payments |
|---|---|---|---|
| $61,500.00 | 8.60% | $96,007.57 | $156,007.57 |
| The total amount you are borrowing. | Your fixed interest rate. | The estimated dollar amount the credit will cost you. | The estimated amount you will have paid when you have made all payments. |

**ITEMIZATION OF AMOUNT FINANCED**

| | |
|---|---|
| **Amount paid to you** | $0.00 |
| **Amount paid to others** on your Behalf:<br>Aviator Air | <br>$60,000.00 |
| Amount Financed (total amount provided) | $60,000.00 |
| **Initial finance charges** (total)<br>• Origination Fee $1,500.00<br>• Loan Guarantee Fee ($0) | $1,500.00 |
| **Total Loan Amount** | $61,500.00 |

INITIAL: MR

**ABOUT YOUR INTEREST RATE**

- **Your rate is fixed.** This means that your rate will never change during the life of your loan. For more information on this rate, see the reference notes.
- Your **Annual Percentage Rate (APR) is 8.64%** The APR is typically different than the Interest Rate since it considers fees and reflects the cost of your loan as a yearly rate. For more information about the APR, see reference notes.

**FEES**

- **Late Charge:** 4% of the amount of the past due payment, or $5, which- ever is less.
- **Returned check charge**: up to $10.
- **Fee when you begin repaying the loan:** 0% of loan balance.

**Estimated Repayment Schedule & Terms**

| **240 MONTH LOAN TERM** | **MONTHLY PAYMENTS**<br>**at 8.60%**<br>the fixed interest rate of your loan |
|---|---|
| 09/01/2022 - 01/31/2024<br>Enrollment Period | **No payment required**<br>($5,712.34 in interest will accrue during this time) |
| 02/01/2024 - 10/31/2025<br>ATP Period | **$150.00 minimum payment required**<br>($8,796.89 in interest will accrue during this time) |
| 11/01/2025 - 09/30/2045<br>239 monthly payments | $636.92 |
| 10/01/2045<br>1 monthly payment | $633.69 |

INITIAL: MR

## Federal Loan Alternatives

| Loan program | Current Interest Rates by Program Type |
|---|---|
| Direct Subsidized Loans | 4.45% Undergraduate |
| Direct Unsubsidized Loans | 4.45% Undergraduate |
| Direct Unsubsidized Loans | 6.00% Graduate or Professional |
| Direct PLUS Loans | 7.00% Parents and Graduate or Professional Students |
| PERKINS Loans | 5.00% Fixed |

**You may qualify for Federal education loans.**

For additional information, **contact your school's financial aid office or the Department of Education at:**

www.studentaid.ed.gov

## Next Steps & Terms of Acceptance

**This offer is good until:**

**08-20-2022**

1. **Find Out About Other Loan Options.**
   Contact your school's financial aid office for more information.

2. **You Have Until 08-20-2022 to Accept this Offer**
   The terms of this offer will not change except as permitted by law.

**To Accept the Terms of this loan, contact us at**

Meritize Lending, LLC
5805 Main Street
Suite 220
Frisco, Texas 75034

meritize



## REFERENCE NOTES

**Fixed Rate Interest Rate:**

- This loan has a Fixed Interest Rate. This means your interest rate will be set upon approval and will not increase during the life of your loan.

**Bankruptcy Limitations**

- If you file for bankruptcy you may still be required to pay back this loan.

**Repayment Options:**

- Although you are only required to make minimum payments during the ATP Period, you can still make additional payments if you chose to do so.

**Prepayments:**

- If you pay the loan off early, you will not have to pay a penalty. You may be entitled to a refund of part of the finance charge in some jurisdictions.
- See your loan agreement for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

STUDENT BORROWERS MUST READ ALL PAGES OF THIS APPLICATION AND APPROVAL DISCLOSURE AND SIGN BELOW.

Borrower Signature: (Seal) Today's Date (mm/dd/yyyy):

[signature] 7/21/2022 | 8:37 AM PDT

MATTHEW AUSTIN RYAN