EXHIBIT "B"

spartanflightacademy.com/financing-options/

[redacted]

American Airlines Credit Union

- Must be an eligible member of American Airlines Credit Union
- Membership is open to employees of the Air Transportation Industry and their family members
- Must pass credit criteria
- Education loans up to $40,000 and up to 120 months to pay
- A home owner can use a Home Equity Loan to qualify for larger amounts
- Competitive interest rates and terms

Apply Now

*Spartan Flight Academy (SFA) offers non-Title IV, non-accredited FAA Part 141 training that is not eligible for federal student aid. SFA operates independently from Spartan College of Aeronautics and Technology. Spartan Flight Academy does not guarantee third-party certifications/ratings or employment. Estimated time required assumes a full-time flying schedule, varies by individual, and is not guaranteed. Additional flight hours and certifications are required to be eligible to apply for more advanced opportunities, such as airline pilot positions.*

SPARTAN FLIGHT ACADEMY

Request Info

**About**

About Spartan

Latest News

Flight Schedule Pro

Discovery Flight

**Flight Training**

Our Fleet

Student Resources

**Contact Us**

Call Us: (972) 988-8609

**Grand Prairie Municipal Airport (KGPM)**
3122 S Great SW Pkwy
Grand Prairie, TX 75052

support@spartanflightacademy.com

© 2026 Spartan Flight Academy - All Rights Reserved - Privacy Policy - Terms of Use - Refund Policy - Rental Agreement - Jobs With Spartan - AI Reference Page - LLM Info (TXT)